Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
May 05, 2021
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § v. § § (01) VICTOR MIGUEL CURIEL VALADEZ § aka Victor Gallardo § (02) EFREN SILVA ARMAS § (03) EDGAR ALBERTO OCHOA OCHOA § (04) OMAR LICEA VALENCIA § (05) ANDRES VALENCIA ABUNDES § (06) JESUS HERNANDEZ RODRIGUEZ § (07) VERONICA ALANIS CASTILLO § (08) RENE ALEJANDRO GONZALEZ REYNA § (09) JAIME CHAIDEZ § (10) MAYRA BELEN RUELAS § (11) JAVIER NOLASCO § (12) SAMUEL SALTO § (13) EVELYN ARELI VIDAL § (14) CESAR VALDIVIA § (15) JESUS ALBELDAÑEZ PEÑA § (16) EFRAIN GONZALEZ SALGADO § (17) EDGAR RUBEN MARTINEZ § (18) DAVID LOPEZ SEGUNDO § (19) ALFREDO OLIVAREZ § (20) BERNARDO CERVANTES ESPINOZA § (21) FNU LNU aka Alex § (22) FNU LNU aka UM-8247 § (23) FNU LNU aka UM-2437 § (24) FNU LNU aka UM IN HYUNDAI AZERO § (25) FNU LNU aka UM-6459 § (26) FNU LNU aka UM-3521 § | Criminal No. 4:19-cr-0136-S1<br><br>(**UNDER SEAL**) |

## SEALED
## 1ST SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

1

## COUNT ONE
(International Controlled Substance Distribution Conspiracy)

Beginning on or about January 2015, the exact date being unknown to the Grand Jury, and continuing thereafter until the return of this Indictment, in the United Mexican States and elsewhere, within the extraterritorial jurisdiction of the United States of America, defendants

VICTOR MIGUEL CURIEL VALADEZ
aka Victor Gallardo

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to manufacture, possess with intent to distribute and distribute:

    a.    1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance;

    b.    5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

    c.    500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

    d.    1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and

    e.    400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance;

intending, knowing and having reasonable cause to believe that such substances would be unlawfully imported into the United States of America.

In violation of Title 21, United States Code, §§ 963, 959(a), 960(a)(3) and 960(b).

## COUNT TWO

(International Controlled Substance Distribution Conspiracy – Methamphetamine)

Beginning on or about January 2015, the exact date being unknown to the Grand Jury, and continuing thereafter until the return of this Indictment, in the United Mexican States and elsewhere, within the extraterritorial jurisdiction of the United States of America, defendants

EDGAR ALBERTO OCHOA OCHOA
OMAR LICEA VALENCIA
and
JESUS HERNANDEZ RODRIGUEZ

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to manufacture, possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 963, 959(a), 960(a)(3) and 960(b)(1)(H).

## COUNT THREE

(International Controlled Substance Distribution Conspiracy – Cocaine)

Beginning on or about January 2015, the exact date being unknown to the Grand Jury, and continuing thereafter until the return of this Indictment, in the United Mexican States and elsewhere, within the extraterritorial jurisdiction of the United States of America, defendants

EDGAR ALBERTO OCHOA
OMAR LICEA VALENCIA
SAMUEL SALTO
EVELYN ARELI VIDAL
and
FNU LNU aka Alex

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to manufacture, possess with intent to distribute and distribute 5

kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 963, 959(a), 960(a)(3) and 960(b)(B).

## COUNT FOUR
(International Controlled Substance Distribution Conspiracy – Heroin)

Beginning on or about January 2015, the exact date being unknown to the Grand Jury, and continuing thereafter until the return of this Indictment, in the United Mexican States and elsewhere, within the extraterritorial jurisdiction of the United States of America, defendants

EDGAR ALBERTO OCHOA
and
OMAR LICEA VALENCIA

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to manufacture, possess with intent to distribute and distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, §§ 963, 959(a), 960(a)(3) and 960(b).

## COUNT FIVE
(Conspiracy to Import Controlled Substances)

Beginning on or about January 2015, the exact date being unknown to the Grand Jury, and continuing thereafter until the return of this Indictment, in the Southern District of Texas, and within the jurisdiction of the Court, defendant

VICTOR MIGUEL CURIEL VALADEZ
aka Victor Gallardo

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury to import into the United States of America from a place outside the United States of America, to-wit: the United Mexican States, the following controlled substances:

    a.    1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance;

    b.    5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

    c.    500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

    d.    1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and

    e.    400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance;

In violation of Title 21, United States Code, §§ 963, 952(a), 960(a)(1) and 960(b).

## COUNT SIX
(Conspiracy to Launder Monetary Instrument)

Beginning on or about January 2015, the exact date being unknown to the Grand Jury, and continuing thereafter until the return of this Indictment, in the Southern District of Texas, and within the jurisdiction of the Court, defendants

VICTOR MIGUEL CURIEL VALADEZ
aka Victor Gallardo
EFREN SILVA ARMAS
EDGAR ALBERTO OCHOA OCHOA
ANDRES VALENCIA ABUNDES
JESUS HERNANDEZ RODRIGUEZ
JAIME CHAIDEZ
MAYRA BELEN RUELAS
JAVIER NOLASCO
SAMUEL SALTO
EVELYN ARELI VIDAL
CESAR VALDIVIA

5

JESUS ABELDAÑEZ PEÑA
EFRAIN GONZALEZ SALGADO
EDGAR RUBEN MARTINEZ
DAVID LOPEZ SEGUNDO
ALFREDO OLIVAREZ
BERNARDO CERVANTES ESPINOZA
FNU LNU aka Alex
FNU LNU aka UM-8247
FNU LNU aka UM-2437
FNU LNU aka UM in Hyundai Azero
FNU LNU aka UM-6459
and
FNU LNU aka UM-3521

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to knowingly conduct financial transactions:

    a.    the transfer, delivery and other disposition of monetary instruments; and

    b.    the movement of funds by wire or other means;

that affected interstate and foreign commerce and involved the proceeds of specific unlawful activity:

    c.    Conspiracy to import into the United States of America from a place outside the United States of America, to-wit: the United Mexican States, controlled substances in violation of Title 21, United States Code, §§ 963, 952(a), 960(a)(1) and 960(b).

    d.    Importation into the United States of America from a place outside the United States of America, to-wit: the United Mexican States, controlled substances in violation of Title 21, United States Code, §§ 952(a), 960(a)(1) and Title 18, United States Code, § 2

    e.    Conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, §§ 846 and 841(a)(1); and

    f.    Possession with intent to distribute controlled substances in violation of Title 21, United States Code, § 841(a)(1) and Title 18, United States Code, § 2;

knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting these financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, §§ 1956(h) and 1956(a)(1)(B)(i).

## COUNT SEVEN
(International Methamphetamine Distribution)

On or about January 28, 2016, in the United Mexican States, within the extraterritorial jurisdiction of the United States of America, defendant

## OMAR LICEA VALENCIA

did knowingly and intentionally manufacture, possess with intent to distribute and distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States of America. The controlled substance involved was more than 500 grams, that is, approximately 2 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 959(a), 960(a)(3), 960(b)(1)(H) and Title 18, United States Code, § 2.

## COUNT EIGHT
(International Methamphetamine Distribution)

On or about February 2, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants

VICTOR MIGUEL CURIEL VALADEZ
aka Victor Gallardo
and
JESUS HERNANDEZ RODRIGUEZ

did knowingly and intentionally manufacture, possess with intent to distribute and distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States of America. The controlled substance involved was more than 500 grams, that is, approximately 5 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 959(a), 960(a)(3), 960(b)(1)(H) and Title 18, United States Code, § 2.

## COUNT NINE
(International Cocaine Distribution)

On or about April 28, 2017, in the United Mexican States, within the extraterritorial jurisdiction of the United States of America, defendant

SAMUEL SALTO

did knowingly and intentionally manufacture, possess with intent to distribute and distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States of America. The controlled substance involved was more than 5 kilograms, that is, approximately 9.5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 959(a), 960(a)(3), 960(b)(1)(B) and Title 18, United States Code, § 2.

## COUNT TEN
(International Cocaine Distribution)

On or about June 29, 2017, in the United Mexican States, within the extraterritorial jurisdiction of the United States of America, defendant

EVELYN ARELI VIDAL
and
FNU LNU aka Alex

did knowingly and intentionally manufacture, possess with intent to distribute and distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States of America. The controlled substance involved was more than 5 kilograms, that is, approximately 6 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 959(a), 960(a)(3), 960(b)(1)(B) and Title 18, United States Code, § 2.

## COUNT ELEVEN
(Importation of Marijuana)

On or about January 9, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant

VICTOR MIGUEL CURIEL VALADEZ
aka Victor Gallardo

did knowingly and intentionally import into the United States of America from a place outside the United States of America, to-wit: United Mexican States, a controlled substance. The controlled substance involved was 1,000 kilograms or more, that is approximately 1,080 kilograms, of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, §§ 952(a), 960(a)(1), 960(b)(1)(G) and Title 18, United States Code, § 2.

## COUNT TWELVE
(Importation of Marijuana)

On or about February 3, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant

**VICTOR MIGUEL CURIEL VALADEZ**
aka Victor Gallardo

did knowingly and intentionally import into the United States of America from a place outside the United States of America, to-wit: United Mexican States, a controlled substance. The controlled substance involved was 1,000 kilograms or more, that is approximately 1,400 kilograms, of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, §§ 952(a), 960(a)(1), 960(b)(1)(G) and Title 18, United States Code, § 2.

## COUNT THIRTEEN
(Possession with Intent to Distribute Methamphetamine)

On or about February 14, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**VICTOR MIGUEL CURIEL VALADEZ**
aka Victor Gallardo
**VERONICA ALANIS CASTILLO**
and
**RENE ALEJANDRO GONZALEZ REYNA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 500 grams, that is, approximately 3 kilograms, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, § 2.

## COUNT FOURTEEN
(Importation of Methamphetamine)

On or about September 18, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant

VICTOR MIGUEL CURIEL VALADEZ
aka Victor Gallardo

did knowingly and intentionally import into the United States of America from a place outside the United States of America, to-wit: United Mexican States, a controlled substance. The controlled substance involved was 500 grams or more, that is approximately 117 kilograms, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 952(a), 960(a)(1), 960(b)(1)(H) and Title 18, United States Code, § 2.

## COUNT FIFTEEN
(Importation of Heroin)

On or about September 18, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant

VICTOR MIGUEL CURIEL VALADEZ
aka Victor Gallardo

did knowingly and intentionally import into the United States of America from a place outside the United States of America, to-wit: United Mexican States, a controlled substance. The controlled substance involved was 1 kilogram or more, that is approximately 12 kilograms, of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, §§ 952(a), 960(a)(1), 960(b)(1)(A) and Title 18, United States Code, § 2.

## COUNT SIXTEEN
(Importation of Fentanyl)

On or about September 18, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant

VICTOR MIGUEL CURIEL VALADEZ
aka Victor Gallardo

did knowingly and intentionally import into the United States of America from a place outside the United States of America, to-wit: United Mexican States, a controlled substance. The controlled substance involved was 400 grams or more, that is approximately 3 kilograms, of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 952(a), 960(a)(1), 960(b)(1)(F) and Title 18, United States Code, § 2.

## COUNT SEVENTEEN - FORTY
(Laundering of Monetary Instruments)

On or about the dates alleged below, in the Southern District of Texas and within the jurisdiction of the Court, defendants

NAMED IN EACH COUNT BELOW

did knowingly conduct financial transactions in the amounts alleged below, that is, the movement of funds by wire from Amegy Bank to the banks alleged below, that affected interstate and foreign commerce and involved the proceeds of specific unlawful activity:

    a.    International controlled substance distribution conspiracy in violation of Title 21, United States Code, §§ 963, 959(a), 960(a)(3) and 960(b);

    b.      International controlled substance distribution in violation of Title 21, United States Code, §§ 959(a), 960(a)(3), 960(b)(1)(A), (B) and (H) and Title 18, United States Code, § 2;

    c.      Conspiracy to possess with intent to distribute controlled substances in violation of Title 21, United States Code, §§ 846 and 841(a)(1); and

    d.      Possession with intent to distribute controlled substances in violation of Title 21, United States Code, § 841(a)(1) and Title 18, United States Code, § 2;

knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting these financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity:

| Count | Defendants | Date | Amount | Bank |
|---|---|---|---|---|
| 17 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>JESUS ABELDAÑEZ PEÑA | 05/16/2016 | $212,657.50 | Banorte<br>aka Banco Mercantil del Norte |
| 18 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>EDGAR ALBERTO OCHOA OCHOA | 07/14/2016 | $67,113.60 | Banorte<br>aka Banco Mercantil del Norte |
| 19 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>EFRAIN GONZALEZ SALGADO | 07/21/2016 | $115,238.40 | Banorte<br>aka Banco Mercantil del Norte |
| 20 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>EDGAR ALBERTO OCHOA OCHOA | 08/04/2016 | $75,811.20 | Banorte aka Banco Mercantil del Norte |
| 21 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>FNU LNU aka UM-8247 | 09/06/2016 | $95,980.80 | Banorte aka Banco Mercantil del Norte |
| 22 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>JAIME CHAIDEZ<br>FNU LNU aka Alex | 09/07/2016 | $96,117.60 | Banorte aka Banco Mercantil del Norte |
| 23 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>MAYRA BELEN RUELAS | 09/28/2016 | $94,401.60 | Banorte aka Banco Mercantil del Norte |
| 24 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>JAVIER NOLASCO<br>FNU LNU aka UM-2437<br>FNU LNU aka UM in Hyundai Azero | 10/07/2016 | $96,403.20 | Banorte aka Banco Mercantil del Norte |
| 25 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>EDGAR ALBERTO OCHOA OCHOA | 11/21/2016 | $57,657.60 | Banorte aka Banco Mercantil del Norte |
| 26 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>EDGAR RUBEN MARTINEZ | 12/08/2016 | $57,504.00 | Banorte aka Banco Mercantil del Norte |
| 27 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>EDGAR ALBERTO OCHOA OCHOA | 01/13/2017 | $65,645.00 | Banorte aka Banco Mercantil del Norte |
| 28 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>JESUS HERNANDEZ RODRIGUEZ | 01/31/2017 | $141,043.20 | Banorte aka Banco Mercantil del Norte |
| 29 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>JESUS HERNANDEZ RODRIGUEZ | 02/02/2017 | $98,769.60 | Banorte aka Banco Mercantil del Norte |

| 30 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>EDGAR ALBERTO OCHOA OCHOA | 03/14/2017 | $68,227.20 | Banorte aka Banco Mercantil del Norte |
| --- | --- | --- | --- | --- |
| 31 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>ANDRES VALENCIA ABUNDES | 03/29/2017 | $285,000.00 | Banorte aka Banco Mercantil del Norte<br>BBVA Bancome |
| 32 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>SAMUEL SALTO | 04/27/2017 | $42,784.20 | Banorte aka Banco Mercantil del Norte |
| 33 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>EDGAR ALBERTO OCHOA OCHOA | 05/09/2017 | $47,040.00 | Banorte aka Banco Mercantil del Norte<br>BBVA Bancomer |
| 34 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>EVELYN ARELI VIDAL | 06/26/2017 | $114,986.40 | Banorte aka Banco Mercantil del Norte |
| 35 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>CESAR VALDIVIA<br>FNU LNU aka UM-6459 | 07/11/2017 | $190,099.20 | Banorte aka Banco Mercantil del Norte<br>BBVA Bancomer |
| 36 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>FNU LNU aka UM-3521 | 11/20/2017 | $42,750.00 | First Merchant Bank<br>Banorte aka Banco Mercantil del Norte |
| 37 | VICTOR MIGUEL CURIEL VALADEZ<br>ALFREDO OLIVAREZ | 03/09/2018 | $27,783.00 | Dennorske Bank<br>Banorte aka Banco Mercantil del Norte |
| 38 | VICTOR MIGUEL CURIEL VALADEZ<br>BERNARDO CERVANTES ESPINOZA | 08/27/2019 | $103,823.04 | CI Banco |
| 39 | VICTOR MIGUEL CURIEL VALADEZ<br>BERNARDO CERVANTES ESPINOZA | 09/10/2019 | $103,457.65 | Bancomer aka Banco Mercantil del Norte |
| 40 | VICTOR MIGUEL CURIEL VALADEZ<br>EFREN SILVA ARMAS<br>DAVID LOPEZ SEGUNDO | 09/16/2019 | $75,082.80 | Banorte aka Banco Mercantil del Norte<br>Banco Santandar |

In violation of Title 18, United States Code, § 1956(a)(1)(B)(i), and Title 18, United States Code, § 2.

## NOTICE OF CRIMINAL FORFEITURE
21 U.S.C. §§ 853(a) & 970

Pursuant to Title 21, United States Code, §§ 853(a) and 970, the United States of America gives notice to the defendants

VICTOR CURIEL VALADEZ
aka Victor Gallardo
EDGAR ALBERTO OCHOA OCHOA
OMAR LICEA VALENCIA
JESUS HERNANDEZ RODRIGUEZ
VERONICA ALANIS CASTILLO
RENE ALEJANDRO GONZALEZ REYNA
SAMUEL SALTO
EVEDLYN ARELI VIDAL
and
JESUS ABELDAÑEZ PEŇA

that, upon conviction of an offense in violation of Title 21, United States Code, §§ 841, 952(a), 959(a), 960 or 963 as charged in this Indictment, the following property shall be subject to forfeiture:

(a) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and

(b) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

## NOTICE OF FORFEITURE

18 U.S.C. § 982(a)(1)

Pursuant to Title 18, United States Code, § 982(a)(1), the United States gives notice to defendants

VICTOR CURIEL VALADEZ
aka Victor Gallardo
EFREN SILVA ARMAS
EDGAR ALBERTO OCHOA OCHOA
ANDRES VALENCIA ABUNDES
JESUS HERNANDEZ RODRIGUEZ
JAIME CHAIDEZ

MYRA BELEN RUELAS
JAVIER NOLASCO
SAMUEL SALTO
EVELYN ARELI VIDAL
CESAR VALDIVIA
JESUS ABLEDAÑEZ PEŇA
EFRAIN GONZALEZ SALGADO
EDGAR RUBEN MARTINEZ
LETICIA CARPIO SEGUNDO
DAVID LOPEZ SEGUNDO
ALFREDO OLIVAREZ
BERNARDO CERVANTES ESPINOZA
FNU LNU aka Alex
FNU LNU aka UM-8247
FNU LNU aka UM-2437
FNU LNU aka UM in Hyundia Azero
and
FNU LNU aka UM-6459

that upon conviction of a violation of Title 18, United States Code, § 1956 as charged in the Indictment, all property, real and personal, involved in such offense, and all property traceable to such offense, is subject to forfeiture.

## Money Judgment

The United States may seek the imposition of a money judgment.

## Substitute Assets

In the event that a condition listed in Title 21, United States Code, § 853(p) exists, the United States will seek to forfeit any other property of the defendants in substitution.

A TRUE BILL

Original Signature on file
FOREPERSON


JENNIFER LOWERY
ACTING UNITED STATES ATTORNEY

/s/ Anibal J. Alaniz
Anibal J. Alaniz
Assistant United States Attorney

/s/ Casey N. MacDonald
Casey N. MacDonald
Assistant United States Attorney